UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD OF INDIANA AND KENTUCKY, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )   No. 1:16-cv-01807-TWP-DML |
| COMMISSIONER, INDIANA STATE DEPARTMENT OF HEALTH, *et al.*, | ) ) ) ) |
| Defendants. | ) |

**Motion for Preliminary Injunction**

Plaintiff, by counsel, moves this Court pursuant to Rule 65 of the Federal Rules of Civil Procedure for a preliminary injunction in this cause enjoining the defendants from enforcing Indiana Code § 16-34-2-1.1(a)(5) insofar as it requires that an ultrasound examination be obtained at least 18 hours before an abortion. In support of this motion plaintiff says that:

1.  As noted in its Complaint for Declaratory and Injunctive Relief / Notice of Challenge to Constitutionality of Indiana Statute, it is challenging the constitutionality of Indiana Code § 16-34-2-1.1(a)(5), which went into effect on July 1, 2016.

2.  Plaintiff Planned Parenthood of Indiana and Kentucky, Inc. ("PPINK") is likely to prevail in its legal challenge that the statute is unconstitutional to the extent that it mandates that women obtain an ultrasound at least 18 hours before an abortion.

3.  Absent a preliminary injunction PPINK and its patients will be caused irreparable injury for which there is no adequate remedy at law.

4.  The harm being caused, and that will be caused, to PPINK and its patients outweighs any harm that an injunction would cause the defendants.

[1]

5.	The public interest would be served by the grant of a preliminary injunction.

6.	PPINK intends to separately submit documentary or other evidence in support of this motion prior to or at the preliminary injunction hearing in this matter.

7.	Additionally, PPINK will timely submit its memorandum of law in support of this motion and requests that in conjunction with the setting of this matter for hearing a briefing schedule be established by the Court.

8.	The preliminary injunction should issue without bond as defendants will not face any monetary liability if a preliminary injunction is entered.

WHEREFORE, PPINK requests that this Court enter a preliminary injunction, without bond, against defendants, enjoining Indiana Code § 16-34-2-1.1(a)(5) insofar as it requires that an ultrasound examination be obtained at least 18 hours before an abortion, and further PPINK requests all other proper relief.

*s/ Kenneth J. Falk*
Kenneth J. Falk
No. 6777-49


*s/ Gavin M. Rose*
Gavin M. Rose
No. 26565-53


*s/ Jan P. Mensz*
Jan P. Mensz
ACLU of Indiana
1031 E. Washington St
Indianapolis, IN 46202
317/635-4059
fax:  317/635-4105
kfalk@aclu-in.org
grose@aclu-in.org
jmensz@aclu-in.org

[2]

        Jennifer Dalven
Motion to Appear *Pro Hac Vice* to be filed
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2641
jdalven@aclu.org

Jennifer Sandman
Motion to Appear *Pro Hac Vice* to be filed
Planned Parenthood Federation of America
123 William St.
New York, NY 10038
(212) 261-4584
jennifer.sandman@ppfa.org

Attorneys for Plaintiff

## Certificate of Service

I hereby certify that on this 7th day of July, 2016, a copy of the foregoing was filed electronically with the Clerk of this Court. It was also mailed on this date to the following party by first class U.S. postage, pre-paid or via certified mail.

Commissioner
Indiana State Department of Health
2 North Meridian Street
Indianapolis, IN 46204

Marion County Prosecutor
251 E. Ohio St., Suite 160
Indianapolis, IN 46204

Monroe County Prosecutor
301 N. College Ave., Room 211
Bloomington, IN 47404

Tippecanoe County Prosecutor
301 Main Street, 4th Floor
Lafayette, IN 47901

Lake County Prosecutor
2293 N. Main Street
Crown Point, IN 46307

        *s/ Kenneth J. Falk*
        Kenneth J. Falk
        Attorney at Law